IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARGARET W. McBRIDE**
**and JOE H. SMITH,**

    **Plaintiff,**

v.                                      Case No.  4:19cv607-MW/MAF

**BENEFICIAL FLORIDA, INC.,**
**ET AL.**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 10.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with Court Orders."   The Clerk shall also close the file.

**SO ORDERED on April 27, 2020.**

                                                  **s/Mark E. Walker**
                                                  **Chief United States District Judge**